Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, ) | |
| ) | NO. CR 09-5203 RJB |
| Plaintiff, ) | |
| ) | ORDER CONTINUING |
| vs. ) | TRIAL DATE |
| ) | |
| ROGER EHLERT, ` ) | |
| ) | |
| Defendant. ) | |

The Court having considered the defendant's Motion to Continue the trial date and this court being fully advised in its premises; the Court finds that the failure to grant a continuance on this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. The Court further finds the ends of justice serve by granting such continuance outweighs the best interest of the public and the Defendant in a speedy trial. The court also finds that the period of continuance shall be excluded in computing the period of time in which the trial of the above entitled case must commence; it is now, therefore,

**ORDER CONTINUING TRIAL – 1**
**Law Offices of**
**.BERNEBURG & MCGUINNESS.**
**207 NORTH I STREET**
**Tacoma, WA 98403**
**(253)572-1500; Fax (253)572-3399**

ORDERED, ADJUDGED AND DECREED, that the trial date is hereby continued and set for August 17, 2009 at 9:30 a.m.

DATED this 11th day of May, 2009.

_____
ROBERT J. BRYAN
United States District Judge

**ORDER CONTINUING TRIAL – 2**